**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**HERMAN LEE SMITH,**
**Inmate # L11644,**

***Plaintiff*,**

**v.** **Case No.: 4:26cv417MW/MAF**

**JUDGE LORDY JEAN,**

***Defendant*.**
______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Rather than file objections to the Magistrate Judge's recommendation of dismissal based on Plaintiff's status as a three-striker who has not otherwise alleged imminent danger, Plaintiff has now filed a copy of his inmate trust fund account statement. ECF No. 11. But this does not fix the problem inherent in Plaintiff's status as a three-striker whose allegations do not meet the imminent danger exception and who has not otherwise paid the filing fee. In other words, Plaintiff's case is subject to dismissal.

Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." The Clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g). The pending motions for leave to proceed *in forma pauperis*, ECF Nos. 6 and 9, are **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 22, 2026.**

**s/Mark E. Walker**
**United States District Judge**